Alexander J. Gibson, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to the Criminal Court of Record for Dade County.

Writ of Error dismissed on motion of the Attorney General.

*Rivers Buford,* Attorney General, for the motion.

---

William C. Atkinson, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to the Circuit Court for Alachua County.

Writ of Error dismissed on motion of the Attorney General.

*Rivers Buford,* Attorney General, for the motion.

---

James Harris, Appellant, v. The Board of County Commissioners of Polk County, etc., Appellees.

An Appeal from the Circuit Court for Polk County.

Appeal dismissed on motion of counsel for Appellee.

*Petteway & Trantham,* for Appellant;

*Wilson & Swearingen,* for Appellee.